IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.     No. 16-30093-DRH

RANDAL L. MAMINO

    Defendant.

### AMENDED ORDER[1]

**HERNDON, District Judge:**

Now before the Court is defendants Mamino's motion to continue trial (Doc. 19). Defendant indicates a need for additional time to facilitate a potential resolution of this case and/or to prepare for trial. The Court, being fully advised in the premises, finds the parties require additional time to resolve this case. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice. Further, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, the Court **GRANTS** defendant's motion to continue trial setting. The Court **CONTINUES** the jury trial scheduled for October 3, 2016, to **Monday, January 23, 2017, at 9:00 a.m.** The time from the date the original motion was

---

[1] This Order amends the Order at Doc. 20 to correct a typographical error. The previous order provided a new trial date of January 23, **2016.** This order is revised to reflect that the new trial is set for January 23, **2017**.

filed, September 28, 2016, until the date to which the trial is rescheduled, January 23, 2017, is excludable time for the purposes of speedy trial.

Finally, should any party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance. Further, the parties shall notify the Court if a change of plea hearing is necessary.

**IT IS SO ORDERED.**

**Signed this 29th day of September, 2016**

Digitally signed by
Judge David R. Herndon
Date: 2016.09.29
16:20:38 -05'00'

**United States District Court**